300 So.2d 131

**TWYMAN**

**v.**

**STATE.**

**7 Div. 256.**

Court of Criminal Appeals of Alabama.

July 30, 1974.

Affirmed on authority of Supreme Court Manuscript, SC 716, dated July 11, 1974, 293 Ala. 75, 300 So.2d 124.

304 So.2d 12

**Lemuel VAUGHN**

**v.**

**STATE.**

**8 Div. 284.**

Court of Criminal Appeals of Alabama.

Oct. 29, 1974.

PER CURIAM.

Affirmed on authority of 293 Ala. 365, 304 So.2d 6, 1974.

All the Judges concur.

For prior opinion see Ala.Cr.App., 52 Ala.App. 377, 292 So.2d 671.